IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

AMAZING GLOVE SDN.BHD

    Plaintiff,

v.

SN DME, LLC,

    Defendant.

Case No.

## COMPLAINT

COMES NOW, the Plaintiff, Amazing Glove SDN.BHD ("Amazing Glove" or "Plaintiff"), who files its Complaint against the Defendant, SN DME, LLC ("SN DME" or "Defendant"), and for cause would show unto the Court the following facts:

### PARTIES

1. Plaintiff is a company organized and doing business in Malaysia.

2. Defendant is a Florida limited liability company organized and doing business in Broward County, Florida, and may be served upon its registered agent.

### JURISDICTION AND VENUE

3. This action arises out of Defendant's breach of contract(s) with Plaintiff committed, in whole or in part, in the State of Florida against a Malaysian company.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Defendant is a Florida company, Plaintiff is foreign company, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

5. This Court has personal jurisdiction over Defendant because its principal place of business is located within this judicial district, the contract(s) that are the subject of this dispute

were to be performed by the Defendant, in whole or in part, within this judicial district, and the contract(s) that are the subject of this dispute provide that Florida law shall apply.

6. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) because the Defendant is a resident company in this judicial district and a substantial part of the events giving rise to this action occurred in this judicial district.

7. All conditions precedent to this action have been performed, waived, or otherwise satisfied.

## FACTUAL BACKGROUND

8. On or about January 29, 2021, Defendant contracted to purchase 10 containers of gloves from Plaintiff. The purchase price was $12.25 per box of gloves. Each container contains 30,300 boxes of gloves. Thus, the total contract price was $3,711,750.00. A copy of the contract is attached as **Exhibit "1"** and incorporated by reference herein. Defendant paid a deposit of $500,000.00 under this contract, so thereafter the total amount remaining due under this contract is $3,211,750.00.

9. On or about February 13, 2021, Defendant contracted to buy 40 containers of gloves from Plaintiff. The purchase price was $12.00 per box of gloves. Each container contains 30,300 boxes of gloves. Thus, the total contract price was $14,544,000.00. A copy of the contract is attached as **Exhibit "2"** and incorporated by reference herein. Defendant paid a deposit of $850,000.00 under this contract, so thereafter the total amount remaining due under this contract is $13,694,000.00.

10. On or about April 4, 2021, Defendant contracted to buy 5 containers of gloves from Plaintiff. The purchase price was $11.50 per box. Each container contains 30,300 boxes of gloves. The contract also required Defendant to pay a transportation fee of $9,280.00 per container. Thus,

the total contract price was $1,788,650.00. A copy of the contract is attached as **Exhibit "3"** and incorporated by reference herein. Defendant paid a deposit of $390,000.00 under this contract, so thereafter the total amount remaining due under this contract is $1,398,650.00.

11. Plaintiff incurred demurrage charges, transportation expenses, storage charges, and other charges and expenses in connection with its performance of its obligations under the contract(s) and efforts to ship the purchased gloves from their location overseas to the United States.

12. Defendant breached and defaulted on its obligations under the contract(s), including by failing to pay the full purchase prices set forth therein.

13. Plaintiff fully performed all of its obligations under the contract(s) or was unable to fully perform its obligations under the contract(s) because of Defendants' prior breaches, failure to provide Plaintiff with adequate assurance of performance, and/or frustration of Plaintiff's performance.

14. At the present time, there is now due and owing to Plaintiff from Defendant the sum of eighteen million three hundred four thousand four hundred dollars ($18,304,400.00), plus demurrage charges, transportation expenses, storage charges, and other charges and expenses that Plaintiff incurred and continues to incur as a result of Defendant's breach of the contract(s).

## COUNT I
### (Breach of Contract – Liquidated Amounts Due and Owing)

15. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 14 above as though fully set forth herein, and further states as follows:

16. This is a claim for damages based on Defendant's breach of the contract(s).

17. Between January 29, 2021 and April 4, 2021, Plaintiff and Defendant executed and entered into the contract(s) identified in paragraphs 8 to 10 herein.

18. Plaintiff fully performed its obligations under the contract(s), or, in the alternative, was unable to fully perform its obligations under the contract(s) because of Defendant's prior breaches, failure to provide Plaintiff with adequate assurance of its performance, and/or frustration of Plaintiff's performance.

19. Defendant breached the contract(s) by failing to make the required payments due under the contract(s), by failing to provide adequate assurance of its performance under the contract(s), and/or by failing to perform its obligations under the contact(s) in a manner that was commercially reasonable and consistent with the parties' prior dealings.

20. As a direct and proximate result of Defendant's breach of the contract(s), Plaintiff sustained monetary damages in the amount of $18,304,400.00 that remain due and owing under the contract(s).

**WHEREFORE**, Plaintiff respectfully requests judgment in its favor for:

a. Damages in the amount set forth in paragraph 20 herein;

b. Court costs as permitted by law;

c. Pre- and post-judgment interest; and

d. Such other and further relief as may be just and proper.

## COUNT II
### (Breach of Contract – Unliquidated Amounts)

21. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 14 above as though fully set forth herein, and further states as follows:

22. This is a claim for damages based on Defendant's breach of the contract(s).

23. Between January 29, 2021 and April 4, 2021, Plaintiff and Defendant executed and entered into the contract(s) identified in paragraphs 8 to 10 herein.

24. Plaintiff fully performed its obligations under the contract(s), or, in the alternative, was unable to fully perform its obligations under the contract(s) because of Defendant's prior breaches, failure to provide Plaintiff with adequate assurance of its performance, and/or frustration of Plaintiff's performance.

25. Defendant breached the contract(s) by failing to make the required payments due under the contract(s), by failing to provide adequate assurance of its performance under the contract(s), and/or by failing to perform its obligations under the contact(s) in a manner that was commercially reasonable and consistent with the parties' prior dealings.

26. As a direct and proximate result of Defendant's breach of the contract(s), Plaintiff (in addition to the damages sought in Count I herein) sustained recoverable damages for demurrage charges, transportation expenses, storage charges, and other charges and expenses.

**WHEREFORE**, Plaintiff respectfully requests judgment in its favor for:

a. Damages as identified in paragraph 26 herein;

b. Court costs as permitted by law;

c. Pre- and post-judgment interest; and

d. Such other and further relief as may be just and proper.

Date: October 4, 2021

Respectfully submitted,

By: /s/ *Matthew M. Graham*
MATTHEW M. GRAHAM
Florida Bar No. 86764
mgraham@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2638

CHRISTOPHER J. WELDY
(*Pro Hac Vice* Application Forthcoming)
Mississippi Bar No. 103995
Chris@WeldyLawFirm.com
WELDY LAW FIRM, PLLC
1438 North State Street
Jackson, Mississippi 39202
Telephone: (601) 624-7460
Facsimile: (866) 900-4850

*Attorneys for Plaintiff*