UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-62070-CIV-SCOLA/GOODMAN

AMAZING GLOVE SDN.BHD,

    Plaintiff,

v.

SN DME, LLC,

    Defendant.

_____/

### ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR STATUS CONFERENCE, FOR TEMPORARY STAY OF LITIGATION, AND TO EXTEND PRETRIAL DEADLINES

Before the Undersigned is Plaintiff's Motion for Status Conference, for Temporary Stay of Litigation, and to Extend Pretrial Deadlines. [ECF No. 38]. Plaintiff seeks to stay this proceeding and extend the pretrial deadlines due to the pending assignment for the benefit of creditors state court proceeding instituted by Defendant SN DME, LLC under Chapter 727 of the Florida Statutes. Both the state court "Assignee for the Benefit of Creditors of Assignor, SN DME, LLC," Mark C. Healy, and Defendant have filed notices indicating that they do not object to Plaintiff's request. [ECF Nos. 42-43].

United States District Court Judge Robert N. Scola referred to the Undersigned the motion "to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal

Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules." [ECF No. 39]. For the reasons discussed below, the Undersigned **grants in part** Plaintiff's motion.

The purpose of Chapter 727 of the Florida Statutes is to "provide a uniform procedure for the administration of insolvent estates, and to ensure full reporting to creditors and equal distribution of assets according to priorities as established under this chapter." Fla Stat. § 727.101. According to Plaintiff, it has "entered into preliminary discussions [with the Assignee] that would likely resolve this lawsuit using the tools of Chapter 727 of the Florida Statutes without the need for further litigation in this forum." [ECF No. 38]. Thus, there is a possibility that the Chapter 727 state court proceedings may resolve the matter currently before the Court.

Therefore, based on Plaintiff's argument and representations, and the lack of objection by Defendant and the Assignee, the Undersigned finds that Plaintiff's request for a stay is well taken. Because the Undersigned is granting Plaintiff's request for a stay, there is no need for a status conference to address the merits of the motion.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The case is stayed and the clerk is directed to close the case for administrative purposes only. Within sixty days of this Order, Plaintiff shall file a motion to reopen the case.

(2) Plaintiff's request for a status conference is denied as moot.

(3) All pending hearings are canceled. All discovery, motion, and trial deadlines

are also canceled.

(4) Within fourteen days of the case being reopened, if necessary, Plaintiff and Defendant shall submit a new Joint Proposed Scheduling Order.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 28, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
All Counsel of Record